UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DAVID KLEIN,**

        **Plaintiff,**

  v.

**WEXFORD HEALTH SOURCE, INC., et al.,**

        **Defendants.**

No. 16−cv−08818

Hon. Gary S. Feinerman
Mag. Judge Susan E. Cox

## JOINT STATUS REPORT

In response to the Court's Order of May 29, 2020 (R. 149), the parties jointly report as follows concerning the status of this matter in advance of the telephonic status hearing scheduled for June 10, 2020:

### A. Remaining Work Prior to Trial

As discussed with the Court at the most recent status conference in this case, Plaintiff intends to file a motion for reconsideration of the Court's decision concerning Defendants' summary judgment. The parties agree and propose the following briefing schedule for Plaintiff's motion:

    July 10, 2020:       Plaintiff's motion and supporting memorandum;

    August 10, 2020:     Defendants' response memorandum;

    August 24, 2020:     Plaintiff's reply memorandum.

### B. Proposed Trial Dates

In response to the Court's directive to propose three possible dates in October – December, 2020 for a trial setting in this matter, the parties have conferred regarding counsel's availability during that time period. Due to Defendants' counsel's current trial schedule,

availability during October to December is limited. The parties propose the date of December 14, 2020. In the alternative, the parties would request a brief telephone conference with the Court to discuss trial scheduling.

C.  **Settlement Efforts**

The Plaintiff proposed a revised settlement demand that would fully resolve all remaining claims, which Defendant has considered and rejected. Defendant has not provided a counterproposal for settlement, and is not interested in further settlement discussions at this time.

Dated: June 5, 2020                    Respectfully submitted,

                                       SCHIFF HARDIN LLP

                                       By: /s/ Jasmine Kayla Dela Luna_____
                                           Derek G. Barella
                                           Jasmine Kayla Dela Luna
                                           SCHIFF HARDIN LLP
                                           233 South Wacker Dr., Suite 7100
                                           Chicago, IL 60606
                                           (312) 258-5500
                                           dbarella@schiffhardin.com
                                           jdelaluna@schiffhardin.com
                                           Attorneys for Plaintiff

                                       CASSIDAY SCHADE LLP

                                       By: /s/ Ronald E. Neroda_____
                                           Matthew H. Weller
                                           Ronald E. Neroda
                                           CASSIDAY SCHADE LLP
                                           222 West Adams Street, Suite 2900
                                           Chicago, IL 60606-2903
                                           (312) 641-3100
                                           mweller@cassiday.com
                                           rneroda@cassiday.com
                                           Attorneys for Defendants

## CERTIFICATE OF SERVICE

    I, Jasmine Kayla Dela Luna, do hereby certify that on June 5, 2020, I electronically filed the foregoing document using the CMF/ECF system, which will cause an electronic copy to be served on counsel of record.

                                        /s/ Jasmine Kayla Dela Luna
                                        Jasmine Kayla Dela Luna